## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **CHRIS CARTY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2023-0015** |
| | ) | |
| **WYNNIE TESTAMARK, DANA GRANT, BEN ADAMS, DIANE CHRISTIANE; DAVID ISAAC; J. SANTIAGO, D. BORROUGHS, and T. NURSE,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**Appearances:**
**Chris Carty,** *Pro Se*
St. Croix, U.S.V.I.

**Eric S Chancellor, Esq.**
St. Croix, U.S.V.I.
　　　*For Defendants*

## <u>ORDER</u>

THIS MATTER comes before the Court on the Report and Recommendation (R&R) submitted by Magistrate Judge Ruth Miller. (Dkt. No. 104). In her R&R, Magistrate Judge Miller recommends that Plaintiff Chris Carty's ("Plaintiff") "Motion for a Temporary Restraining Order and Preliminary Injunction" (Dkt. No. 5) be denied. For the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Magistrate Judge Miller's Report and Recommendation dated January 5, 2024 (Dkt. No. 104) is **ADOPTED AS MODIFIED** in the accompanying Memorandum Opinion; and it is further

**ORDERED** that Plaintiff's "Motion for a Temporary Restraining Order and Preliminary Injunction" (Dkt. No. 5) is **DENIED**.

**SO ORDERED.**

Date:  August 15, 2024                    _____/s/_____
                                          WILMA A. LEWIS
                                          District Judge